# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KRISTIE GRUNTORAD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **7:04CV5026** |
| vs. | ) | |
| | ) | **ORDER** |
| **NEBRASKA PUBLIC POWER DISTRICT,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon reviewing plaintiff's response to the court's Order to Show Cause [37], the court finds that the circumstances of this incident would make an award of expenses unjust and declines to award costs or fees to either party in conjunction with defendant's Motion to Compel [34].  *See* Fed. R. Civ. P. 37(a)(4)(B).

**IT IS SO ORDERED.**

**DATED July 21, 2006.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**