# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KRISTIE GRUNTORAD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **7:04CV5026** |
| vs. | ) | |
| | ) | **ORDER** |
| **NEBRASKA PUBLIC POWER DISTRICT,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

Upon notice of settlement given to the magistrate judge by defense counsel, Randy Goyette,

**IT IS ORDERED:**

1. On or before October 20, 2006, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation), together with submitting to Judge Smith Camp, at smithcamp@ned.uscourts.gov a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

3. The jury trial now set for November 14, 2006 and the final pretrial conference set for October 13, 2006, are canceled upon the representation that the case is settled.

**DATED September 20, 2006.**

                **BY THE COURT:**

                **s/ F.A. Gossett**
                **United States Magistrate Judge**