IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KRISTIE GRUNTORAD, | ) | CASE NO. 7:04CV5026 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER OF DISMISSAL |
| | ) | |
| NEBRASKA PUBLIC POWER DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Stipulation and Joint Motion for Dismissal. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii) and should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation and Joint Motion for Dismissal (Filing No. 52) is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties shall pay their own costs and attorney's fee.

DATED this 16th day of October, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge